UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EUGENI STOYTCHEV, <br><br> Defendant. | 2:11-cr-434-LDG-PAL <br><br><br> ORDER |

On November 27, 2012, the court granted Michael P. Kimbrell's "Motion to Withdraw" (#295) and ordered new counsel appointed. Therefore, with good cause appearing;

IT IS HEREBY ORDERED that William H. Gamage, Esq. is appointed as counsel for Eugeni Stoytchev in place of Michael P. Kimbrell, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Kimbrell shall forward the file to Mr. Gamage forthwith.

DATED this 27th day of November, 2012.

Nunc Pro Tunc Date: November 21, 2012.

PEGGY A. LEEN
United States Magistrate Judge