William H. Gamage, Esq.
Nevada Bar No. 9024
GAMAGE & GAMAGE
5580 South Fort Apache Street, Suite 110
Las Vegas, Nevada 89148
PH: (702) 386-9529
FX: (702) 382-9529
*Attorney for Defendant Eugeni Stoytchev*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff,<br><br>vs.<br><br>EUGENI STOYTCHEV, et al.<br><br>         Defendant. | CASE NO.:   2:11-CR-00434-LDG-GWF<br><br>**UNOPPOSED MOTION TO TRAVEL AND ORDER** |

**COMES NOW**, Defendant EUGENI STOYTCHEV (hereinafter "STOYTCHEV") by and through counsel of record William H. Gamage, Esq. of Gamage & Gamage and hereby files this UNOPPOSED MOTION TO TRAVEL AND ORDER in the above titled matter. This Motion is made and based upon all papers and pleadings on file herein, the attached Memorandum of Points and Authorities, along with any oral argument deemed necessary by this Honorable Court.

DATED THIS 12th day of June, 2013.

                              **GAMAGE & GAMAGE**

                              **/s/ William H Gamage, Esq.**
                              _____
                              William H. Gamage, Esq.
                              Nevada Bar No. 9024
                              5580 South Fort Apache Street, Suite 110
                              Las Vegas, Nevada 89148
                              PH: (702) 386-9529
                              FX: (702) 382-9529
                              *Attorney for Defendant Eugeni Stoytchev*

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant STOYTCHEV hereby moves this Court to allow him to travel under the following circumstances while under the supervision of US Pretrial Services.

1. Defendant STOYTCHEV is currently released from custody on his own recognizance and is under the supervision of Pretrial Services Officer Terry Wheaton.

2. Defendant STOYTCHEV wishes to travel to San Francisco, California for the purposes of meeting with his parents and long time family friends. Defendant STOTCHEV will be driving and staying at the Days Inn Buelton-Solvang Hotel, 114 E. Highway 246, Beulton, CA 93427 from June 13, 2013 until June 14, 2013 and then at the Best Western Hotel, 4600 Clayton Road, Concord, CA 94521 from June 14, 2013 until June 17, 2013.

3. Defendant STOYTCHEV drive straight back to Las Vegas on the 17th of June arriving June 18, 2013.

4. Defendant Stoytchev will have his cellular telephone and be reachable at all times by Pretrial Services.

5. Assistant US Attorney (AUSA) Timothy Vasquez advised counsel to verbally confirm that Pretrial Services approved the travel request. AUSA Vasquez advised counsel that he would not oppose this Motion if pretrial services so approved the travel.

///

///

///

///

///

///

///

///

2

6. On or about June 12, 2013, Counsel telephoned Pretrial Services Officer Terry Wheaton who stated that he had no problem with Defendant Stoytchev traveling as described above.

Accordingly, Defendant STOYTCHEV now makes this unopposed Motion to allow Defendant STOYTCHEV to travel as described above.

DATED THIS 12th day of June, 2013.

**GAMAGE & GAMAGE**

**/s/ William H Gamage, Esq.**

_____
William H. Gamage, Esq.
Nevada Bar No. 9024
5580 South Fort Apache Street, Suite 110
Las Vegas, Nevada  89148
PH: (702) 386-9529
FX: (702) 382-9529
*Attorney for Defendant Eugeni Stoytchev*

IT IS SO ORDERED THIS __17th__ day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFCATE OF SERVICE**

I hereby certify that the above and foregoing UNOPPOSED MOTION TO TRAVEL AND ORDER was served via the Court's electronic filing system on all counsel registered to this case.

/S/ William H. Gamage

_____
EMPLOYEE OF GAMAGE & GAMAGE

3