DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK WOOLF
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787
Email: *mark.woolf@usdoj.gov*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 02:11-cr-434-LDG-PAL<br>) |
| v. | )<br>) |
| EUGENI STOYTCHEV, | )<br>) |
| Defendant. | ) |

### MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Mark E. Woolf, Assistant United States Attorney, hereby moves for an order vacating the Judgment Debtor Examination scheduled for March 1, 2016. This motion is made because the defendant has paid his debt in full.

DATED this 8th day of February, 2016.

                                                DANIEL G. BOGDEN
                                                United States Attorney

                                                */s/ Mark E. Woolf*
                                                MARK E. WOOLF
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 02:11-cr-434-LDG-PAL |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EUGENI STOYTCHEV, ) | |
| ) | |
| Defendant. ) | |

This cause came before the Court on the United States' Motion to Vacate. Good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion to Vacate the Judgment Debtor Examination scheduled for March 1, 2016 is granted.

DATED this 10th day of February, 2016.

Peggy A. Leen
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Mark E. Woolf*
Mark E. Woolf
Assistant United States Attorney